# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:17-CV-189-GCM

| | |
|---|---|
| MINA SHARPE and BELINDA MCKINNON, on behalf of themselves and all others similarly situated, )<br>Plaintiffs, )<br>v. )<br>ALLY FINANCIAL, INC., RANDSTAD NORTH AMERICA, INC., and VACO CHARLOTTE, LLC, )<br>Defendants. ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David R. Golder,** filed May 18, 2017 [doc. # 12].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Golder is admitted to appear before this court *pro hac vice* on behalf of Defendant, Ally Financial, Inc..

**IT IS SO ORDERED.**

Signed: May 19, 2017

Graham C. Mullen
United States District Judge