# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-CV-189-GCM

| | |
|---|---|
| MINA SHARPE and BELINDA MCKINNON, on behalf of themselves and all others similarly situated, <br>            Plaintiffs, <br> v. <br><br> ALLY FINANCIAL, INC., RANDSTAD NORTH AMERICA, INC., and VACO CHARLOTTE, LLC, <br>            Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Teresa M. Becvar,** filed May 26, 2017 [doc. # 17].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Becvar is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs, Mina Sharpe and Belinda McKinnon.

**IT IS SO ORDERED.**

Signed: May 30, 2017

Graham C. Mullen
United States District Judge