# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Belinda McKinnon<br>Mina Sharpe**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00189-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Randstad North America, Inc.<br>Vaco Charlotte, LLC<br>Ally Financial, Inc.<br>Vaco Nashville, LLC**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 3, 2017 Order.

November 3, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court